UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5632 PA (SSx) | Date | July 2, 2012 |
|---|---|---|---|
| Title | Nippon Steel Trading America, Inc. v. Paul Faustin, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS - COURT ORDER

      According to the Mediation Report submitted by the court-appointed mediator, defendants Paul Faustin ("Faustin") and Wall Street Cargo, Inc. ("WSC") (collectively "Defendants") did not personally attend the mediation on June 26, 2012, in violation of Local Rule 16-15.5(b), which states: "Each party shall appear at the settlement proceeding in person or by a representative with final authority to settle the case . . . ."

      The Court therefore orders Defendants to show cause why they should not be sanctioned for violating Local Rule 16-15.5(b). In light of the issues raised in the pending motion by Defendants' counsel to withdraw, Defendants' failure to attend the mediation may provide additional support for a conclusion that Defendants have abandoned their defense of this action and the prosecution of their Counterclaim. The Court's contemplated sanctions for the violation of Local Rule 16-15.5(b) include the striking of Defendants' Answer and the dismissal of their Counterclaim. Defendants response to this order to show cause shall be heard on July 9, 2012, at 1:30 p.m. in Courtroom 15 of the U.S. Courthouse, 312 North Spring Street, Los Angeles, California. The Court orders Defendants' counsel to provide Defendants with a copy of this Order by July 3, 2012.

      IT IS SO ORDERED.